JANNO SILVERMAN, Respondent-Appellant, v. COMMERCIAL TRADING COMPANY, a Copartnership, Appellant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* pp. 759, 865.]

PAUL J. HEROLD, Respondent-Appellant, v. F. REED WILLS et al., Appellants-Respondents, et al., Defendants.— We agree with Special Term that the first cause of action herein referrable to the original complaint is not barred by the Statute of Limitations. We think that the pleading of the second cause of action should have been permitted, subject to any motion defendant may see fit to make with respect thereto. Order unanimously modified to eliminate the provision striking out the second cause of action and, as so modified, affirmed. Order [denying motion to include second cause of action in complaint] unanimously reversed and the motion granted. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* p. 835.]

HUGH K. BENNETT, Respondent, v. BOYOUK KAZVINI et al., Defendants, and WALTER HART, INC., Intervener, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present —.Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post,* p. 835.]

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of EMILIO DEL PINO, Deceased, Respondent. ROSALIA DEL PINO et al., Appellants; CITY BANK FARMERS TRUST COMPANY et al., as Executors of MARIA DEL P. KEYES, Deceased, et al., Respondents.— Decrees and order unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Cohn and Breitel, JJ.; Breitel, J., concurs on the authority of *Matter of Krooss.* (302 N. Y. 424). [See *post,* p. 760.]

In the Matter of the Probate of the Will of FRANK F. ARNOLD, Deceased. MANUFACTURERS TRUST COMPANY et al., Respondents; ADA G. DOLAN, Appellant.— Decree and order unanimously affirmed, with costs to all respondents appearing and filing briefs herein, payable out of the estate. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Bergan, JJ. [200 Misc. 909.] [See *post,* p. 837.]